1  JODI SIEGNER, State Bar No. 102884
   jsiegner@deconsel.com
2  VARAND VARTANIAN, State Bar No. 265912
   vvartanian@deconsel.com
3  DeCARLO & SHANLEY
   A professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071
5  Telephone: (213) 488-4100
   Facsimile: (213) 488-4180
6
7  Attorneys for Plaintiffs CARPENTERS
   SOUTHWEST ADMINISTRATIVE
8  CORPORATIONS, a California non-profit
   corporation; and BOARD OF TRUSTEES
9  FOR THE CARPENTERS SOUTHWEST
   TRUSTS

10 LOUIS J. CISZ, III, State Bar No. 142060
   lcisz@nixonpeabody.com
11 ALDO E. IBARRA, State Bar No. 268585
   aibarra@nixonpeabody.com
12 NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
13 San Francisco, California 94111-3600
   Telephone: (415) 984-8200
14 Facsimile: (415) 984-8300

15 Attorneys for Defendants
   CALIFORNIA ACCESS SCAFFOLD, LLC,
16

                    UNITED STATES DISTRICT COURT
17
                    CENTRAL DISTRICT OF CALIFORNIA
18

19
   CARPENTERS SOUTHWEST                  | Case No. 2:15-cv-00861-FMO-E
20 ADMINISTRATIVE CORPORATIONS,
   a California non-profit corporation; and | Assigned to the Hon. Judge
21 BOARD OF TRUSTEES FOR THE             | Fernando M. Olguin
   CARPENTERS SOUTHWEST TRUSTS,
22                                          | [~~PROPOSED~~] ORDER
            Plaintiffs,                     | GRANTING PARTIES'
23                                          | STIPULATED PROTECTIVE
       vs.                                  | ORDER
24
25 PARAMOUNT SCAFFOLD, INC., a
   California corporation, doing business as
26 PARAMOUNT SCAFFOLD CO.;
   PARAMOUNT SCAFFOLD INC., a
27 Nevada corporation, doing business as
   PARAMOUNT SCAFFOLD CO.;
28 CALIFORNIA ACCESS SCAFFOLD,
   LLC, a California Limited Liability

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Company; DANIEL EUGENE JOHNSON, an individual, also known as DANIEL JOHNSONS, also known as DAN JOHNSON; JAMES BRYANT JOHNSON, an individual, also known as JAMES JOHNSON; JAMES R. McCORMICK, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. |

## ORDER

The Court having read the Parties' Stipulated Protective Order, and for good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulated Proposed Order is granted in full.

DATED: 9/24/15

_[signature]_

~~The Honorable Fernando M. Olguin~~
~~UNITED STATES DISTRICT JUDGE~~
Charles F. Eick
United States Magistrate Judge